## George Huschen, Appellee, v. Mary Huschen, Appellant.

Gen. No. 9,654.

opinion
filed June 17, 1949; released for publication July 13, 1949. Dwight H.
Doss and Leo F. Cavanaugh, for appellant; Walter G. Cunningham and
Dunkelberg & Rust, for appellee. Opinion by JUSTICE WHEAT. Not to
be published in full.